UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Robert Smith, et al.    ) | |
|              ) | |
|              ) | |
|    Plaintiff(s)    ) | |
|              ) | Case No. 4:13cv1416 TIA |
|     vs.        ) | |
|              ) | |
| Wells Fargo Dealer Services, Inc.  ) | |
|              ) | |
|              ) | |
|    Defendant(s)   ) | |

**ORDER**

The above styled and numbered case was filed on July 19, 2013 and randomly assigned to the Honorable Terry I. Adelman , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00109.    **IT IS FURTHER ORDERED** that cause number. 4:13cv1416 TIA be administratively closed.

Dated this 22nd Day of July, 2013.          JAMES G. WOODWARD

                    By: Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:13cv00109 LMB.**