UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Robert Smith, et al. ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> vs. ) <br> ) <br> Wells Fargo Dealer Services, Inc. ) <br> ) <br> ) <br> Defendant(s) ) | Case No. 4:13cv1416 TIA |

## **ORDER**

The above styled and numbered case was filed on July 19, 2013 and randomly assigned to the Honorable Terry I. Adelman , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00109. **IT IS FURTHER ORDERED** that cause number. 4:13cv1416 TIA be administratively closed.

Dated this 22nd Day of July, 2013.        JAMES G. WOODWARD

                                By: Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:13cv00109 LMB.**